IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ELGIE SANDERS**                                                                  **PLAINTIFF**

v.                      **CASE NO. 4:13CV00674 BSM**

**JOHN STALEY, et al.**                                                  **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe has been received, along with the objections thereto. After reviewing the partial recommended disposition and the objections, as well as making a *de novo* review of the record, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

Accordingly, plaintiff Elgie Sanders's claim brought under the Americans with Disabilities Act is dismissed without prejudice. His claim that county jail officials violated his constitutional rights by failing to follow jail policy and procedure is dismissed with prejudice.

IT IS SO ORDERED this 11th day of March 2014.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE