**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ELGIE SANDERS**                                                                            **PLAINTIFF**

**v.**                          **CASE NO. 4:13CV00674 BSM**

**JOHN STALEY, et al.**                                                                    **DEFENDANTS**

<u>**ORDER**</u>

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been received.  No objections have been filed.  After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Accordingly, plaintiff's complaint [Doc. No. 2] is dismissed without prejudice.  It is further certified that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 18th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE