IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ELGIE SANDERS**                                                                              **PLAINTIFF**

v.                              **CASE NO. 4:13CV00674 BSM**

**JOHN STALEY, et al.**                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 18th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE